IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-266 |
| | ) | |
| AMAYA A. BURNS, | ) | Court Date: 4/28/25 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1680101)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 7, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AMAYA A. BURNS, did knowingly and unlawfully possess a controlled substance, to wit: methamphetamine.

(In violation of Title 21, United States Code, Section 844.)

Count II (Class A Misdemeanor – E1680103)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 7, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AMAYA A. BURNS, did intentionally and unlawfully make an obscene display of the said person and the private parts thereof in a public place where others are present.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-387.)

Count III (Class A Misdemeanor – E1680102)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 7, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AMAYA A. BURNS, did carry about her person hidden from common observation a machete.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308(A).)

        Respectfully submitted,
        Erik S. Siebert
        United States Attorney

By:        _____/s/_____
        Alex Amico
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3902
        Fax: 703-299-3980
        Email: alexander.amico@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 23, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Alex Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov